FILED
2023 Sep-15 AM 08:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOSEPH HOLT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.: |
| | § | 2:22-CV-01501-AMM |
| ORION REAL ESTATE | § | |
| SERVICES, INC., d/b/a ALLIED | § | |
| ORION GROUP, and the HOUSING | § | |
| AUTHORITY OF THE | § | |
| BIRMINGHAM DISTRICT, | § | |
| | § | |
| Defendants. | | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, the parties, Plaintiff Joseph Holt and Defendant Orion Real Estate Services Southeast, LLC (incorrectly named as "Orion Real Estate Services, Inc. d/b/a Allied Orion Group"), by and through their counsel of record, and hereby stipulate to the dismissal of this lawsuit with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs. The Housing Authority of the Birmingham District was previously dismissed by order of this Court.

Respectfully submitted this the 15th day of September, 2023.

{84671716}

Richard A. Rice
THE RICE LAW FIRM
115 Richard Arrington Jr. Blvd. N.
Birmingham, AL 35203
rrice@rice-lawfirm.com

*Attorney for Plaintiff*

Breanna H. Young (ASB-9133-A52H)
STARNES DAVIS FLORIE LLP
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
byoung@starneslaw.com

*Attorney for Defendant*

{B4671716}